AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br>Jack Snyder Leasure<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )  Case No.<br>3:25-mj-00051 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 16, 2025__ in the county of __Cabell__ in the __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 41 CFR 102-74.390 | Obstructing the use of an entrance |

This criminal complaint is based on these facts:

On 7/16/25, defendant entered the Sydney L. Christie Federal Building and U.S. Courthouse, federal property located in the SDWV. Defendant sat down in front of the magnetometer at the security checkpoint obstructing the public entrance on the north side of the building. Defendant refused to leave after repeatedly being requested to do so by court security officers and a Deputy U.S. Marshal.

☐ Continued on the attached sheet.

*Complainant's signature*

James Mounts, DUSM
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 7/16/2025

*Judge's signature*

City and state: Huntington, West Virginia    Joseph K. Reeder, United States Magistrate Judge
*Printed name and title*